UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR02-102-TSZ |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| LEO EDWARD GLOVER, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on July 16, 2008. The United States was represented by Assistant United States Attorney Annette Hayes, and the defendant by Lynn Hartfield.

The defendant had been charged and convicted of Bank Robbery, in violation of 18 U.S.C. § 2113(a). On or about June 14, 2002, defendant was sentenced by the Honorable Thomas S. Zilly to a term of sixty (60) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse a nd mental health programs, $4,431 restitution, search, drug testing, drug treatment, and abstain from alcohol.

In a Petition for Warrant or Summons, dated July 18, 2008, U.S. Probation Officer Andrea G. Porter asserted the following violations by defendant of the conditions of his

supervised release:

(1) Using alcohol on or about June 2008, in violation of special condition of supervised release that he abstain from the use of alcohol.

(2) Failing to report to the probation officer as directed on or about July 7, 2008, in violation of standard condition number two.

The defendant was advised of his rights, acknowledged those rights, and admitted to the two alleged violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Thomas S. Zilly on August 7, 2008, at 1:30 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 17th day of July, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:      Honorable Thomas S. Zilly
    AUSA:                Ms. Annette Hayes
    Defendant's attorney: Ms. Lynn Hartfield
    Probation officer:   Ms. Andrea G. Porter